UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ELLIS,

    Petitioner,

-vs-                                            Case No. 8:02-cv-0812-T-27MSS

JAMES V. CROSBY, JR.,[1] et al.,

    Respondents.
_____/

## ORDER

Petitioner, an inmate in a Florida penal institution proceeding *pro se*, initiated this cause of action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his 1999 convictions entered by the Twelfth Judicial Circuit Court, Manatee County, Florida, following a plea of *nolo contendere* (Dkt. 1 at 2). Respondents have filed a response to the petition (Dkt. 15).

Petitioner's reply to the response was due on or before December 28, 2002 (Dkt. 10). To date, he has not filed a reply. *See* Rule 5(e), Rules Governing Section 2254 Cases (2004) ("The petitioner may submit a reply to the respondent's answer or other pleading within a time fixed by the judge").

ACCORDINGLY, the Court **ORDERS** that Petitioner shall, within **TWENTY (20) DAYS** hereof, file his reply, if any, to the response. At that time, the Court will take this

---

[1] James V. Crosby, the current Secretary of the Florida Department of Corrections, is substituted as the proper party respondent for Michael W. Moore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

matter under advisement, and a decision will be forthcoming once the Court has completed its review. Further extensions of time will not be routinely granted.

ORDERED in Tampa, Florida, on May 18, 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

SA/jsh

Copy to:
All Parties of Record